FILED

FEB 5 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL ROSS,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL ASSOCIATION OF BRIDGE STRUCTURAL and ORNAMENTAL IRONWORKERS LOCAL 378 JOINT APPRENTICESHIP TRAINING COMMITTEE, and EARL LEE LEWIS, and DOES 1 to 100,<br><br>Defendants. | Case No. S-08-659 JAM EFB<br><br>STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED between plaintiff Gabriel Ross, by and through his attorney Charles A. Davis and Law Offices of Charles A. Davis and defendant International Association of Bridge Structural and Ornamental Ironworkers Local 378 Joint Apprenticeship Training Committee through its attorney Thomas D. Nielsen and Archer Norris, APLC, and defendant Earl Lee Lewis through its attorney Rick E. Snyder and LaFollette Johnson DeHaas Fesler & Ames that this matter be dismissed as to all defendants with prejudice, each party to bear its own costs.

IT IS FURTHER STIPULATED AND AGREED that, on the basis of the above stipulation, this Court enter the below proposed order of dismissal.

S3257/897822-1                                                    1

STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE

| | | |
|---|---|---|
| 1 | DATED: February 1, 2010 | LAW OFFICES OF CHARLES A. DAVIS |
| 2 | | *[signature]* |
| 3 | | |
| 4 | | Charles A. Davis (SB#60927)<br>Attorneys for Plaintiff |
| 5 | | GABRIEL ROSS<br>7665 Redwood Blvd #200<br>Novato, CA 94945 |
| 6 | | |
| 7 | DATED: January ___, 2010 | LaFOLLETTE JOHNSON DeHAAS FESLER & AMES |
| 8 | | |
| 9 | | |
| 10 | | Rick E. Snyder (SB#173575)<br>Attorneys for Defendant |
| 11 | | EARL LEE LEWIS<br>655 University Ave Ste. 119 |
| 12 | | Sacramento, CA 95825 |
| 13 | DATED: January ___, 2010 | **ARCHERNORRIS** |
| 14 | | |
| 15 | | |
| 16 | | Thomas D. Nielsen (SB#54225)<br>Attorneys for Defendant |
| 17 | | INTERNATIONAL ASSOCIATION OF BRIDGE STRUCTURAL and |
| 18 | | ORNAMENTAL IRONWORKERS LOCAL 378 JOINT APPRENTICESHIP TRAINING |
| 19 | | COMMITTEE |

## [PROPOSED] ORDER

BASED ON THE FOREGOING stipulation of the parties, it is

ORDERED that this matter be, and the same hereby is, dismissed with prejudice, each party to bear its own costs.

Dated: ~~January~~ *February 5*, 2010

*[signature]*
U.S. District Court Judge

83237/897822-1

2

STIPULATION AND PROPOSED ORDER TO DISMISS ACTION WITH PREJUDICE

| | | | |
|---|---|---|---|
| 1 | DATED: | January ___, 2010 | LAW OFFICES OF CHARLES A. DAVIS |
| 2 | | | |
| 3 | | | _____ |
| 4 | | | Charles A. Davis (SB#60927) |
| | | | Attorneys for Plaintiff |
| 5 | | | GABRIEL ROSS |
| | | | 7665 Redwood Blvd #200 |
| 6 | | | Novato, CA 94945 |
| 7 | DATED: | January 19, 2010 | LaFOLLETTE JOHNSON DeHAAS FESLER & AMES |

*[signature]*

Rick E. Snyder (SB#173575)
Attorneys for Defendant
EARL LEE LEWIS
655 University Ave, Ste. 119
Sacramento, CA 95825

DATED:   January 28, 2010   ARCHER NORRIS

*[signature]*

Thomas D. Nielsen (SB#54225)
Attorneys for Defendant
INTERNATIONAL ASSOCIATION OF
BRIDGE STRUCTURAL and
ORNAMENTAL IRONWORKERS LOCAL
378 JOINT APPRENTICESHIP TRAINING
COMMITTEE

**[PROPOSED] ORDER**

BASED ON THE FOREGOING stipulation of the parties, it is

ORDERED that this matter be, and the same hereby is, dismissed with prejudice, each party to bear its own costs.

Dated: January _____, 2010

_____
U.S. District Court Judge

S3257/897822-1                                                    2

STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE